**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO:3:05cr100/LAC

YUSUF EL WILLIAMS

_____/

**ORDER**

      THIS MATTER comes before the Court upon a document filed by Defendant, Yusuf El Williams. The document (doc. 14) is entitled "Notice of Intent to Sue and Denial of Medical Care". The document makes no sense in the context of this case. To the extent Defendant intended the document to be a motion requesting relief from the Court, the motion is denied.

      SO ORDERED this 30th day of January, 2006.

      s/*L.A. Collier*
      LACEY A. COLLIER
      Senior United States District Judge